IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Tobacco Products Tax

IBRAHIM JABER )
and SMOKE CITY FOR LESS, )
)
      Plaintiffs, ) TC-MD 150344D
)
  v. )
)
DEPARTMENT OF REVENUE, )
State of Oregon, )
)
      Defendant. ) **FINAL DECISION**

This Final Decision incorporates without change the court's Decision, entered June 25, 2015. The court did not receive a statement for costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on Defendant's Answer, filed June 24, 2015. Plaintiffs filed their Complaint on June 1, 2015, requesting the reinstatement of Plaintiffs' tobacco products distributor's license. In its Answer, Defendant requested that "the plaintiff's Tobacco Distributor License be reinstated." Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that Defendant shall reinstate Plaintiffs'

tobacco products distributor's license.

Dated this ____ day of July 2015.

_____
JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on July 14, 2015.*